427 A.2d 1192

Commonwealth v. McNeil, Appellant.

 Argued September 12, 1979. Dennis R. Prima-vera, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.